UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM DENNIS NOBLE,

    Petitioner,

File No: 2:07-cv-188

v.

HON. ROBERT HOLMES BELL

JERI-ANN SHERI,

    Respondent.
    _____/

# MEMORANDUM OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on a habeas corpus petition filed pursuant to 28 U.S.C. § 2254 by Petitioner William Dennis Noble. On November 3, 2010, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that this Court deny the petition. (Dkt. No. 43.) The R&R was duly served on the parties, no objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the November 3, 2010, R&R of the Magistrate Judge (Dkt. No. 43) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's amended petition for writ of habeas corpus (Dkt. No. 41) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: December 9, 2010                    /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           UNITED STATES DISTRICT JUDGE